Hon. Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| WASHINGTON STATE MEDICAL ASSOCIATION et al., | CASE NO. 2:25-cv-00955-LK |
|---|---|
| Plaintiffs, | SCHEDULING ORDER |
| v. | |
| ROBERT F. KENNEDY, JR. et al., | |
| Defendants. | |

Having reviewed the Joint Status Report submitted by the parties, the Court hereby sets the following dates and deadlines:

| Deadline | Date |
|---|---|
| Administrative record due on | August 15, 2025 |
| Defendants' dispositive motion (8,400 words) due on | August 15, 2025 |
| Plaintiffs' opposition and cross-motion for summary judgment (14,000 words) due on | September 5, 2025 |
| Defendants' reply and opposition (8,750 words) due on | September 26, 2025 |

SCHEDULING ORDER - 1

| | |
|---|---|
| Plaintiffs' reply (4,200 words) due on | October 3, 2025 |

As it appears that this case may be resolved through dispositive motions, the Court will not set a trial date at this time. The dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

The administrative record shall be filed **under seal** via the Case Management and Electronic Case Files ("CM/ECF") system.

### SETTLEMENT

If this case settles, counsel shall notify the Courtroom Deputy at (206) 870-8524 as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate. In most cases, the Court will take one of two courses when parties notify it of settlement. If the parties agree, the Court will enter a standard order of post-settlement dismissal, which will contain the language below.

> The parties have notified the Court that they have reached a settlement of this case. The Court accordingly DISMISSES this case with prejudice and without court-ordered costs or attorney fees to any party. Any trial date and pretrial dates previously set are hereby VACATED and any pending motion is hereby STRICKEN. If the parties are unable to perfect their settlement, they may move to reopen this case within 60 days of this order.

This is the Court's preferred course of action.

Absent the parties' agreement to the Court's preferred course of action, the Court will impose a deadline (typically 30 days from the notification of settlement) for the parties to submit a stipulated dismissal. If the parties do not submit a stipulated dismissal by that deadline,

//

1  the Court will enter its standard order of post-settlement dismissal.

2

3       DATED this 14th day of July, 2025.

                                    _____
                                    Lauren King
                                    United States District Judge

SCHEDULING ORDER - 3