1

THE HONORABLE LAUREN KING

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

9    WASHINGTON STATE MEDICAL
ASSOCIATION; WASHINGTON STATE
10   NURSES ASSOCIATION; WASHINGTON
CHAPTER OF THE AMERICAN ACADEMY
11   OF PEDIATRICS; ACADEMYHEALTH;
ASSOCIATION OF NURSES IN AIDS CARE;
12   FAST-TRACK CITIES INSTITUTE;
INTERNATIONAL ASSOCIATION OF
13   PROVIDERS OF AIDS CARE; NATIONAL
LGBT CANCER NETWORK; VERMONT
14   MEDICAL SOCIETY,

15

Case No. 2:25-cv-00955-LK

**JOINT STATUS REPORT AND
DISCOVERY PLAN**

*Plaintiffs*,

16

v.

17

18   ROBERT F. KENNEDY, JR., in his official
capacity as Secretary of Health and Human
19   Services; DEPARTMENT OF HEALTH AND
HUMAN SERVICES; SUSAN MONAREZ, in
20   her official capacity as Director of the Centers for
Disease Control and Prevention;* CENTERS
21   FOR DISEASE CONTROL AND
PREVENTION; JAY BHATTACHARYA, in his
22   official capacity as Director of the National
Institutes of Health; NATIONAL INSTITUTES
23   OF HEALTH; MARTIN A. MAKARY, in his

24

25       * Pursuant to Federal Rule of Civil Procedure 25(d), Susan Monarez, in her official capacity
as Director of the Centers for Disease Control and Prevention, is automatically substituted as a
26   party.

JOINT STATUS REPORT &
DISCOVERY PLAN
(No. 2:25-cv-00955-LK)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1   official capacity as Commissioner of Food and
    Drugs; FOOD AND DRUG
2   ADMINISTRATION; THOMAS J. ENGELS, in
    his official capacity as Administrator of the
3   Health Resources and Services Administration;
    HEALTH RESOURCES AND SERVICES
4   ADMINISTRATION; CHARLES EZELL, in his
    official capacity as Acting Director of the Office
5   of Personnel Management; OFFICE OF
    PERSONNEL MANAGEMENT,
6
7                    *Defendants*.

8

9          Pursuant to the Court's order of June 5, 2025, Dkt. 10, the parties hereby submit this joint

10   status report as required by Federal Rule of Civil Procedure 26(f) and Local Rules W.D. Wash.

11   LCR 26(f).

12         **1.    Nature and Complexity of the Case:** Plaintiffs challenge the removal of federal

13   public heath data, resources, and webpages, which they claim violated the Administrative

14   Procedure Act ("APA") and the constitutional separation of powers. As reflected in the parties'

15   earlier joint status report, Dkt. 12, and the Court's scheduling order, Dkt. 13, this case presents

16   legal issues that can be resolved through cross-dispositive motions.

17         **2.    Proposed Deadline for Joining Additional Parties:** The parties do not propose to

18   join additional parties.

19         **3.    Consent to Assignment of Magistrate Judge:** No.

20         **4.    Discovery Plan:** The parties conferred and are in agreement that no discovery

21   beyond Defendants' submission of the administrative record is necessary for this case.

22         **5.    LCR 26(f)(1):** The parties have the following recommendations regarding the

23   subjects in LCR 26(f)(1).

24         **A.    Prompt Case Resolution:** As discussed above, *supra* § 1, the parties

25   believe this case can be resolved through their forthcoming cross-dispositive motions. The

26   parties will also pursue settlement discussions as appropriate.

JOINT STATUS REPORT &
DISCOVERY PLAN – 2
(No. 2:25-cv-00955-LK)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1      **B.     Alternative Dispute Resolution:** The parties do not believe alternative

2   dispute resolution would be fruitful at this time.

3      **C.     Related Cases:** The parties are not aware of any related cases in this Court.

4   As Plaintiffs noted in their first supplemental complaint, *see* Dkt. 15 ¶ 9 n.2, App. A, other

5   plaintiffs have challenged the removal of public health webpages and resources in the U.S.

6   District Court for the District of Columbia, *see Drs. for Am. v. OPM*, No. 25-322 (JDB)

7   (D.D.C.). The parties will monitor that proceeding and apprise the Court of any

8   developments that might impact the issues, claims, and public health resources at issue in

9   this case.

10     **D.     Discovery Management:** The parties agree that no discovery beyond

11  Defendants' submission of the administrative record is necessary for this case. *See supra*

12  § 4.

13     **E.     Anticipated Discovery Sought:** The parties agree that no discovery beyond

14  Defendants' submission of the administrative record is necessary for this case. *See supra*

15  § 4.

16     **F.     Phasing Motions:** At this time, the parties do not believe phasing motions

17  are necessary.

18     **G.     Preservation of Discoverable Information:** The parties have taken action

19  to preserve discoverable information.

20     **H.     Privilege Issues:** The parties agree that the inadvertent production of

21  privileged information will not waive the attorney-client privilege, work-product privilege,

22  or any similar privilege.

23     **I.     Model Procol for Discovery of ESI:** Not applicable. *See supra* § 4.

24     **J.     Alternatives to Model Protocol:** Not applicable. *See supra* § 4.

25  **6.     Related Patent Cases:** Not applicable.

26

JOINT STATUS REPORT &
DISCOVERY PLAN – 3
(No. 2:25-cv-00955-LK)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1      **7.       Completion of Discovery:** Defendants will produce the administrative record on

2   August 15, 2025.

3      **8.       Bifurcation:** The parties do not believe the case should be bifurcated.

4      **9.       Individualized Trial Program:** The partes do not intend to utilize the

5   Individualized Trial Program.

6      **10.      Suggestions for Shortening or Simplifying the Case:** As stated above, *supra* § 1,

7   this case will be resolved on the parties' forthcoming cross-dispositive motions.

8      **11.      Trial Date:** As stated above, *supra* § 1, this case will be resolved on the parties'

9   forthcoming cross-dispositive motions.

10     **12.      Jury or Non-Jury Trial:** Neither party seeks a jury trial.

11     **13.      Trial Length:** As stated above, *supra* § 1, this case will be resolved on the parties'

12   forthcoming cross-dispositive motions.

13     **14.      Trial Counsel:** The parties are represented by the undersigned counsel.

14     **15.      Trial Conflicts:** As stated above, *supra* § 1, this case will be resolved on the

15   parties' forthcoming cross-dispositive motions.

16     **16.      Service of Process:** Defendants have been served.

17     **17.      Scheduling Conference:** The parties do not believe a scheduling conference is

18   needed at this time.

19     **18.      Corporate Disclosure Statement:** Plaintiffs filed their statement on May 20, 2025.

20   Dkt. 2.

21     **19.      Certification:** The parties have reviewed the Court's standing order, the Local

22   Civil Rules, and the applicable electronic filing procedures.

23

24

25

26

JOINT STATUS REPORT &
DISCOVERY PLAN – 4
(No. 2:25-cv-00955-LK)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  Dated: July 31, 2025

By: _s/ Kevin J. Hamilton_
Kevin J. Hamilton, WSBA No. 15648
Heath L. Hyatt, WSBA No. 54141
Jonathan P. Hawley, WSBA No. 56297
Raul P. Quintana, WSBA No. 62859
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
KHamilton@perkinscoie.com
HHyatt@perkinscoie.com
JHawley@perkinscoie.com
RQuintana@perkinscoie.com

Mikael I. Floyd*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MFloyd@perkinscoie.com

*Counsel for Plaintiffs*

**Admitted pro hac vice*

_/s/ James W. Harlow_
JAMES W. HARLOW
Acting Assistant Director
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 514-6786
(202) 514-8742 (fax)
James.W.Harlow@usdoj.gov

*Counsel for Defendants*

JOINT STATUS REPORT &
DISCOVERY PLAN – 5
(No. 2:25-cv-00955-LK)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000