| | |
|---|---|
| | THE HONORABLE LAUREN KING |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE MEDICAL ASSOCIATION; WASHINGTON STATE NURSES ASSOCIATION; WASHINGTON CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS; ACADEMYHEALTH; ASSOCIATION OF NURSES IN AIDS CARE; FAST-TRACK CITIES INSTITUTE; INTERNATIONAL ASSOCIATION OF PROVIDERS OF AIDS CARE; NATIONAL LGBT CANCER NETWORK; VERMONT MEDICAL SOCIETY,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; DEPARTMENT OF HEALTH AND HUMAN SERVICES; SUSAN MONAREZ, in her official capacity as Director of the Centers for Disease Control and Prevention; CENTERS FOR DISEASE CONTROL AND PREVENTION; JAY BHATTACHARYA, in his official capacity as Director of the National Institutes of Health; NATIONAL INSTITUTES OF HEALTH; MARTIN A. MAKARY, in his official capacity as Commissioner of Food and Drugs; FOOD AND DRUG ADMINISTRATION; THOMAS J. ENGELS, in his official capacity as Administrator of the Health Resources and Services Administration; HEALTH | Case No. 2:25-cv-00955-LK<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO STAY PROCEEDINGS**<br><br>NOTE ON MOTION CALENDAR: AUGUST 15, 2025 |

STIPULATED MOTION AND [PROPOSED] ORDER TO STAY PROCEEDINGS
(No. 2:25-cv-00955-LK)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

RESOURCES AND SERVICES ADMINISTRATION; CHARLES EZELL, in his official capacity as Acting Director of the Office of Personnel Management; OFFICE OF PERSONNEL MANAGEMENT,

        *Defendants*.

Pursuant to Local Rules W.D. Wash. LCR 7(b)(1) and LCR 10(g), Plaintiffs and Defendants respectfully move the Court to stay all proceedings in this matter—including the deadlines associated with cross-dispositive motions, *see* Dkt. 13—for a period of 45 days. The parties have reached an agreement in principle to resolve this matter, and a stay will allow the settlement to be finalized and implemented.

Once effectuated, the parties will notify the Court of the settlement pursuant to section IV of its standing order and the scheduling order of July 14, 2025. *See id.* at 2–3. Otherwise, the parties will file a joint status report with revised deadlines (i.e., 45-day extensions) for their cross-dispositive motions.

        \*    \*    \*

The undersigned certify that this stipulated motion contains 116 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND [PROPOSED] ORDER TO STAY PROCEEDINGS – 2
(No. 2:25-cv-00955-LK)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | | |
|---|---|---|
| 1 | Dated: August 15, 2025 | By: <u>*s/ Kevin J. Hamilton*</u> |
| 2 | | Kevin J. Hamilton, WSBA No. 15648 |
| | | Heath L. Hyatt, WSBA No. 54141 |
| 3 | | Jonathan P. Hawley, WSBA No. 56297 |
| | | Raul P. Quintana, WSBA No. 62859 |
| 4 | | **PERKINS COIE LLP** |
| | | 1301 Second Avenue, Suite 4200 |
| 5 | | Seattle, Washington 98101 |
| | | Telephone: (206) 359-8000 |
| 6 | | Facsimile: (206) 359-9000 |
| | | KHamilton@perkinscoie.com |
| 7 | | HHyatt@perkinscoie.com |
| | | JHawley@perkinscoie.com |
| 8 | | RQuintana@perkinscoie.com |

Dated: August 15, 2025      By: *s/ Kevin J. Hamilton*
Kevin J. Hamilton, WSBA No. 15648
Heath L. Hyatt, WSBA No. 54141
Jonathan P. Hawley, WSBA No. 56297
Raul P. Quintana, WSBA No. 62859
**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
KHamilton@perkinscoie.com
HHyatt@perkinscoie.com
JHawley@perkinscoie.com
RQuintana@perkinscoie.com

Mikael I. Floyd*
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MFloyd@perkinscoie.com

*Counsel for Plaintiffs*

**Admitted pro hac vice*

<u>*/s/ James W. Harlow*</u>
JAMES W. HARLOW
Acting Assistant Director
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 514-6786
(202) 514-8742 (fax)
James.W.Harlow@usdoj.gov

*Counsel for Defendants*

STIPULATED MOTION AND [PROPOSED]
ORDER TO STAY PROCEEDINGS – 3
(No. 2:25-cv-00955-LK)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated this ___ day of August, 2025.

_____
United States District Judge

Presented by:

| | |
|---|---|
| *s/ Kevin J. Hamilton*<br>Kevin J. Hamilton, WSBA No. 15648<br>Heath L. Hyatt, WSBA No. 54141<br>Jonathan P. Hawley, WSBA No. 56297<br>Raul P. Quintana, WSBA No. 62859<br>**PERKINS COIE LLP**<br>1301 Second Avenue, Suite 4200<br>Seattle, Washington 98101<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000<br>KHamilton@perkinscoie.com<br>HHyatt@perkinscoie.com<br>JHawley@perkinscoie.com<br>RQuintana@perkinscoie.com<br><br>Mikael I. Floyd*<br>**PERKINS COIE LLP**<br>700 Thirteenth Street NW, Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 654-6200<br>Facsimile: (202) 654-6211<br>MFloyd@perkinscoie.com<br><br>*Counsel for Plaintiffs*<br><br>**Admitted pro hac vice* | */s/ James W. Harlow*<br>JAMES W. HARLOW<br>Acting Assistant Director<br>Consumer Protection Branch<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC 20044-0386<br>(202) 514-6786<br>(202) 514-8742 (fax)<br>James.W.Harlow@usdoj.gov<br><br>*Counsel for Defendants* |

STIPULATED MOTION AND [PROPOSED] ORDER TO STAY PROCEEDINGS – 4
(No. 2:25-cv-00955-LK)

Perkins Coie LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that, on August 15, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: August 15, 2025

*s/ Kevin J. Hamilton*
Kevin J. Hamilton

CERTIFICATE OF SERVICE
(No. 2:25-cv-00955-LK)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101
Phone: +1.206.359.8000
Fax: +1.206.359.9000