UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE MEDICAL ASSOCIATION et al.,<br><br>              Plaintiffs,<br>     v.<br><br>ROBERT F. KENNEDY, JR. et al.,<br><br>              Defendants. | CASE NO. 2:25-cv-00955-LK<br><br>ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS |

      This matter comes before the Court on the parties' stipulated motion to stay all proceedings in this matter. Dkt. No. 17. The parties ask that all briefing deadlines, including those associated with dispositive cross-motions, Dkt. No. 13, be stayed for a period of 45 days because "[t]he parties have reached an agreement in principle to resolve this matter, and a stay will allow the settlement to be finalized and implemented." Dkt. No. 17 at 2. For the reasons explained below, the motion is granted.

      "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS - 1

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The Court "may order a stay of the action pursuant to its power to control its docket and calendar and to provide for a just determination of the cases pending before it." *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 864 (9th Cir. 1979). In considering whether to grant a stay, courts consider several factors, including "the possible damage which may result," "the hardship or inequity which a party may suffer in being required to go forward," and "the orderly course of justice[.]" *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). A stay is appropriate here because a resolution would moot the need for the parties to file their dispositive cross-motions. A stay will not cause any damage, nor any hardship or inequity to any party, and will promote the orderly course of justice.

The Court thus GRANTS the parties' motion. Dkt. No. 17. All upcoming case deadlines in the Court's briefing schedule, Dkt. No. 13, are stayed for 45 days. The parties must notify the Court once the settlement is finalized pursuant to the Court's Standing Order for All Civil Cases. Dkt. No. 4-1. Otherwise, at the conclusion of the 45-day period, the parties must file a joint status report.

Dated this 15th day of August, 2025.

Lauren King
United States District Judge